3:03cv627 motexttime
3:02CV1443 Motexttime

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2003 OCT 22 P 12:05

DUSTIN RUOCCO : PRISONER
: CIVIL NO. 3:02CV1443 (DJS)(TPS)
V. :
DR. MINGZER TUNG, et al : OCTOBER 20, 2003

## MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANTS SUMMARY JUDGMENT MOTION

The plaintiff respectfully requests a 30-day enlargement of time to NOVEMBER 26, 2003, to respond to defendants motion for summary Judgment, for the following reasons:

1. The plaintiff is in need of assistance to obtain key affidavits from the community. He has requested I.L.A.P.'s assistance.

2. The plaintiff sent all his documentary evidence to the attorney appointed to him at I.L.A.P. for his review. These documents were supposed to be copied and promptly returned. They have not been returned yet.

3. The plaintiff needs these documents to finish preparing and attach as exhibits to the response he is preparing on his own, should I.L.A.P choose not to assist him.

10/30/03. Granted.
Covering WJG