59

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| DUSTIN RUOCCO | PRISONER<br>CIVIL NO: 3:02CV1443 (DJS)(TPS) |
| V. | |
| DR. MINGZER TUNG, et al | NOVEMBER 20, 2003 |

### MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANTS SUMMARY JUDGEMENT MOTION

The plaintiff respectfully requests a 30-day enlargement of time to DECEMBER, 26, 2003 to respond to defendants motion for summary Judgment, for the following reasons:

1. I.L.A.P's attorney and medical person are still reviewing all my medical records, D.O.C. and Private and my other documents.

2. The plaintiff contacted I.L.A.P's managing attorney who informed him that due to their volume, that a full review of this kind takes a average of five to Ten weeks or longer depending on the case.

3. The attorney assigned to the plaintiff's case at I.L.A.P. only works part-time and contacting him has been difficult. The managing attorney has agreed to look into my case with their medical person and get me all my documents and a written response as soon as she can.

(next page)

12/3/03. Granted.