UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2003 DEC 19 P 3:39

DUSTIN RUOCCO : PRISONER
: CIVIL NO. 3:02 CV 1443 (DJS)(TPS)
V. :
:
DR. MINGZER TUNG, et al : DECEMBER 18, 2003

## MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANTS SUMMARY JUDGMENT MOTION

The plaintiff respectfully requests a 30-Day enlargement of time to JANUARY 25, 2004 to respond to defendants motion for summary Judgment, for the following reasons:

1. I.L.A.P.'s attorney and medical person are still reviewing and have possession of my medical records and other documents.

2. The plaintiff contacted the attorney from I.L.A.P. assigned to his case; he informed him that due to their volume, the holidays and the complexity of my issues, the review of my case is taking longer than usual.

3. The attorney and the managing attorney at I.L.A.P assured the plaintiff that, case has been given priority and they will provide a written response and return his paperwork when they complete their review.

This is the plaintiffs fifth request for enlargement for this purpose.

The defendants position as to this request has not been ascertained, as the plaintiff is proceeding pro se and is currently incarcerated.

WHEREFORE, It is respectfully requested that this motion be granted.

*Dustin Ruocco*
DUSTIN RUOCCO
Plaintiff

### CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 18th day of DECEMBER 2003:

ASSISTANT ATTORNEY GENERAL
Michael J Lanoue
110 Sherman Street
Hartford, CT. 06105

*Dustin Ruocco*
DUSTIN RUOCCO
Plaintiff