UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 JAN -9  A 10: 12

U.S. DISTRICT COURT
HARTFORD, CT.

DUSTIN RUOCCO

v.

DR. MINGZER TUNG, et al.

PRISONER
Case No. 3:02cv1443(DJS)(TPS)

## RULING AND ORDER

Plaintiff has filed a fifth motion for extension of time to respond to defendants' motion for summary judgment. Plaintiff states that an attorney from Inmates' Legal Assistance Program has taken longer than usual to review the motion and plaintiff's documents and medical record but that this case now has been given priority.

Plaintiff's motion [**doc. #61**] is **GRANTED**. Defendants' motion has been pending for six months. Plaintiff is hereby on notice that any additional requests for extension of time will not be considered favorably. Plaintiff should advise the attorney at Inmates' Legal Assistance Program that the response to the motion for summary judgment must be filed on or before **January 25, 2004**.

SO ORDERED this 9th day of January, 2004, at Hartford, Connecticut.

_____
Thomas P. Smith
United States Magistrate Judge