UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 JAN 23 P 4: 37
US DISTRICT COURT
BRIDGEPORT

DUSTIN RUOCCO : PRISONER
 : CIVIL NO. 3:02CV1443 (DJS)(TPS)
V. :
 :
DR. MINGZER TUNG, ET AL. : JANUARY 19, 2004

## MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANTS SUMMARY JUDGMENT MOTION

The plaintiff respectfully requests a 30-DAY enlargement of time to FEBRUARY 24, 2004 to respond to defendants summary judgment motion for the following reasons:

1. The Plaintiff spoke with ILAP's managing attorney and the attorney assigned to his case on JANUARY 14, 2004. He was informed that their staff and medical file reviewer needed some information clarified in order to properly form an opinion on a few remaining issues. These issues and questions will be revisited by them and their medical reviewer.

2. The Plaintiff was informed that he has enough documentary evidence to support his Prima-facie case and withstand the defendants summary Judgment motion on the issues which they and their medical reviewer did-not request this clarification and need to revisit. The plaintiff was advised, for the time being, to continue to file motions for enlargement of time until their review of all issues is complete.

(Continued on PAGE 2)

3. The managing attorney at I.L.A.P again assured the plaintiff that he is being given priority and they will provide a written response of their findings, return his paperwork and contribute what assistance they can in drafting the appropriate responses to the pending motion.

This is the plaintiff's sixth request for enlargement for the purpose of giving I.L.A.P. time to review his case and advise him.

The defendants position as to this request has not been ascertained, as the plaintiff is proceeding pro-se and is currently incarcerated.

Respectfully Submitted,

_____
DUSTIN RUOCCO
Plaintiff

### CERTIFICATION

I hereby certify that a copy of the foregoing was mailed on this 19th day of January 2004:

MICHAEL J. LANOUE
ASSISTANT ATTORNEY GENERAL
110 SHERMAN STREET
HARTFORD, CT. 06105

_____
DUSTIN RUOCCO
Plaintiff