UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 FEB -3  P 2 25

DUSTIN RUOCCO         :
                      :           PRISONER
    v.                :    Case No. 3:02cv1443(DJS)(TPS)
                      :
DR. MINGZER TUNG, et al.    :


**RULING AND ORDER**

On January 9, 2004, the court granted plaintiff's fifth motion for extension of time to respond to defendants' motion for summary judgment and cautioned him that his response must be filed on or before January 25, 2004. Plaintiff has not complied with the court's order. Instead, both plaintiff and an attorney from Inmates' Legal Assistance Program telephoned the court expressing dissatisfaction with the court's statements that six months was sufficient time to submit a response to the motion and that further requests for extension of time would not be considered favorably.

In addition, plaintiff has filed a sixth motion for extension of time to respond to defendants August 7, 2003 motion for summary judgment. Plaintiff requests an additional thirty days, until February 24, 2004 to file his response. Once again, plaintiff states that the managing attorney at Inmates' Legal Assistance Program has assured him that his case is being given priority and advised him to seek further extensions of time to respond to the

motion.

Plaintiff's motion [**doc. #63**] is **DENIED**. As the court indicated previously, six months is ample time to submit a response to defendants' motion, especially if his case has been given priority as represented to plaintiff by Inmates' Legal Assistance Program prior to December 18, 2003. Plaintiff is directed to submit his response to defendants' motion for summary judgment on or before **February 17, 2004**. If the response is not received by that date, the court will consider the motion to be unopposed.

**SO ORDERED** this 3rd day of February, 2004, at Hartford, Connecticut.

/s/ Thomas P. Smith
Thomas P. Smith
United States Magistrate Judge