UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DUSTIN RUOCCO | : CIVIL NO: 3:02CV1443 (DJS)(TPS) |
| V. | : |
| DR. MINGZER TUNG, ET AL. | : FEBRUARY 16, 2004 |

## REQUEST FOR UTILIZATION OF MEDICAL RECORDS BY THE COURT

The plaintiff respectfully requests that the court use plaintiffs medical records previously filed by the parties in relation to other motions and specific pages sent as Exhibits in considering the present motion, without the necessity of refiling these records.

If the court deems it necessary to refile the plaintiffs entire record, the plaintiff requests additional time to obtain and file a complete and up to date copy of these records, as the plaintiff does not have a complete set.

_Dustin Ruocco_
DUSTIN RUOCCO
Pro-se
Plaintiff

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 16th day of FEBRUARY 2004:

Michael J Lanoue
Asstant Attny General.
110 Sherman Street
Hartford, CT 06105

Justin Ruocco
Plaintiff
Pro-Se