UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DUSTIN RUOCCO : PRISONER
: CIVIL NO: 3:02CV1443 (DTS)(TPS)
V. :
:
DR. MINGZER TUNG, ET AL. : FEBRUARY 16, 2004

AFFIDAVIT IN SUPPORT OF PLAINTIFFS EXCUSABLE
NEGLECT FOR MISSING COURTS DEADLINE FOR RESPONSE

I, DUSTIN RUOCCO, being duly sworn, do hereby depose and say:

1. I did not receive the courts February 3, 2004 ruling and order until February 14, 2004. This order said I must respond to the motion against me by February 17, 2004 which is a Tuesday. February 15+16 were Sunday and a federal holiday.

2. The envelope the February 3rd order came in was postmarked February 11th, 2004, February 12, 2004 was a Holiday and February 14, 15, and 16 were weekend and holiday.

3. The way the mail system works in the D.O.C. it is impossible to get the response to the motion against him in the mail and to the Court by the February 17, 2004 date.

1.

4. Inmates Legal Assistance Program kept advising the Plaintiff to request extensions of time while they reviewed his case.

5. I.LAP. again has requested the Plaintiff ask for more time. The Plaintiff has received no help from ILAP. They did not return his paperwork and wasted his time causing the unfortunate situation the Plaintiff faces now.

6. The Plaintiff has answered the Summary Judgment motion against him by himself and has given it to his Correctional Counselor, it will take a day to get out of the facility at least.

7. It is not the Plaintiff's fault he relied on ILAP and now he is ready to answer by the date on his sixth motion for extension of time and the Court has given him a date not possible for him to make due to being incarcerated.

The foregoing is all true and accurate to the best of my knowledge

/s/ Dustin Ruocco
DUSTIN RUOCCO

Subscribed and Sworn to before me
this 19th day of February 2004

/s/ Darrell Harris
NOTARY PUBLIC
My Commission Expires

## LAW OFFICES OF SYDNEY T. SCHULMAN

**INMATES' LEGAL ASSISTANCE PROGRAM**

Administrative Director
Sydney T. Schulman, Esq.

Managing Attorney
Jane Starkowski

Staff Attorneys
Richard P. Cahill
Peter Downs
Jessica J. York
Michael A. Rubino, Jr.
Kenneth J. Speyer
Jenna M. Edmundson

January 23, 2004

Dustin Ruocco
#199580
Osborn C.I.
P.O. Box 100
Somers, CT 06071

Dear Mr. Rocco:

    Pursuant to your request, I am advising you that after our review of your medical records, it is our opinion that you have a prima facie issue with which we can provide legal assistance. I realize that you under time constraints. But if the court can grant you one last continuance which provides our office with a reasonable amount of time to assist you with preparation of documents, i.e., 30 days, we will assist you with filing a timely response.

    Please notify me as to the court's decision.

Very truly yours,

Michael A. Rubino, Jr.

MAR/ms

78 OAK STREET • P.O. BOX 260237 • HARTFORD, CT 06126-0237 • TEL. (860) 246-1118 • FAX (860) 246-1119
TOLL FREE NUMBER 1-800-301-ILAP

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 FEB -3 P 2:25

DISTRICT COURT
HARTFORD, CT.

DUSTIN RUOCCO

v.

DR. MINGZER TUNG, et al.

PRISONER
Case No. 3:02cv1443(DJS)(TPS)

## RULING AND ORDER

On January 9, 2004, the court granted plaintiff's fifth motion for extension of time to respond to defendants' motion for summary judgment and cautioned him that his response must be filed on or before January 25, 2004. Plaintiff has not complied with the court's order. Instead, both plaintiff and an attorney from Inmates' Legal Assistance Program telephoned the court expressing dissatisfaction with the court's statements that six months was sufficient time to submit a response to the motion and that further requests for extension of time would not be considered favorably.

In addition, plaintiff has filed a sixth motion for extension of time to respond to defendants August 7, 2003 motion for summary judgment. Plaintiff requests an additional thirty days, until February 24, 2004 to file his response. Once again, plaintiff states that the managing attorney at Inmates' Legal Assistance Program has assured him that his case is being given priority and advised him to seek further extensions of time to respond to the

motion.

Plaintiff's motion [doc. #63] is **DENIED**. As the court indicated previously, six months is ample time to submit a response to defendants' motion, especially if his case has been given priority as represented to plaintiff by Inmates' Legal Assistance Program prior to December 18, 2003. Plaintiff is directed to submit his response to defendants' motion for summary judgment on or before **February 17, 2004**. If the response is not received by that date, the court will consider the motion to be unopposed.

SO ORDERED this 3rd day of February, 2004, at Hartford, Connecticut.

/s/ Thomas P. Smith
Thomas P. Smith
United States Magistrate Judge




**UNITED STATES DISTRICT COURT**
**OFFICE OF THE CLERK**
915 LAFAYETTE BLVD.
BRIDGEPORT, CONNECTICUT 06604

OFFICIAL BUSINESS