DUSTIN RUOCCO  :  CIVIL NO. 3:02CV1443 (DJS)(TPS)

V.

DR. MINGZER TUNG, et al  :  JUNE 1, 2004

DECLARATION IN SUPPORT OF TEMPORARY RESTRAINING ORDER

DUSTIN RUOCCO declares under penalty of perjury:

1. I am the Plaintiff in this case. I make this declaration in support of my emergency motion for a temporary restraining order.

2. I am submitting this declaration and not a notarized affidavit because the plaintiff has been in segregation since May 11, 2004 and I have been forced to refuse housing in general population because I have been abruptly taken off the medication which has controlled my pain, allowing me to walk, And I am being told I will be housed in the cell block which is the farthest away from the medical unit (medication) and the chow hall in the whole facility in addition to not having a handicap handrail in the shower.

3. I have submitted this motion for a temporary restraining order as an emergency, in addition to the motion for a preliminary injunction, because The plaintiff is now being used as a test case. The plaintiff will be, nor is on no medication "comparable" as the defendants claim to have him on as he was on prior to his incarceration and as of June 1, 2004 he will be on no pain medication for around the clock management. The defendant have left him on Tylenol #3 which does absolutely nothing for my pain alone and is given so they can say he is being give pain medication it doe not compare to what it was intended to replace, Percocet (see Declaration for Preliminary injunction)

1

4. The defendants have now stopped all the plaintiffs pain medications (EXCEPT Tylenol #3 PMR) causing him to severely and unnecessarily suffer to the point that I have had to refuse housing in general population, so I am in segragation and my meals and medication is brought to me. Refusing housing however, results in disciplinary reports (Tickets) because I cannot walk, these tickets lessen my chance of being granted parole in 18 months, I now have 3 unnecessary class "A" tickets as a result of the medical departments decisions, very unfair

5. I was told by DR. Pillai in November 2003 when he cancelled the Neurontin 300mg (Anticonvulsive neuropathic medication) That it really wasn't mandatory for my pain relief and I was continued on oxycontin 40mg + Tylenol #3, Now, on May 28, 2004 DR. Pillai Puts me on another Anticonvulsive Neuropathic medication Tegratol and stops all Around the Clock narcotic pain medication, he continued the Tylenol #3 which is basically useless for Severe Pain.

6. I have been sick to my stomach and very light headed not able to concentrate, occasionally having a chest pain and headache since starting this medication, tegratol, on the 28th may. Tegratol is primarily used for seizures, which I don't have, and does not even compare to the oxycontin I have been on for 18 months for pain, This medication does nothing for pain, not a narcotic for around the clock.

7. I am being used as a guinea pig. The medication regimen I was on prior to my incarceration allowed me to function almost at a normal level, Then for the last 18 months the D.O.C. has given me some of this regimen and I was able to get by with limited activities Now I can't do anything, remotely normal.

8. I have to request the Court intervene with a temporary restraining order while my motion for a Preliminary Injunction is being heard before serious injury or harm is caused by the D.O.C. experimenting. There is plenty of documentation and we know what worked for the past 18 months since, 2002 in DOC custody and for over 4 and a half years total. I should not have to be subject to risks such as a stroke or worse because they want to test medications.

9. I do not know exactly nobody can answer me why they changed something that was working so drastically. I know a few months ago the medical dept. fired a nurse for stealing those narcotic medications and suspended two others. This has nothing to do with me, don't use me as a scapegoat. I did NOT do anything wrong or illegal nor was I issued a ticket or charge. I would not have a issue had I done something, however, I have done nothing wrong to deserve the unnecessary suffering I am being made to endure and now I at risk of not getting parole because of my not getting the medications which have been proven as necessary, for me to walk

10. I asked (2) two nurses to look up Tegratol in the Physicians Desk Reference (PDR) book I was told it is sometimes used for Diabetic Neuropathy I am NOT a Diabetic and my Neuropathy is coupled with the nerves flairing outside the nerve sheaths and RSD Reflex Sympathetic Dystophy. That is why my private physician added a Anticonvulsive Neuropathic medication with the around the clock and breakthrough pain medications But that was Neurontin. This Tegratol has made me sick for (4) four days now and I Am in excruciating pain. This is why I now ask for the exact Regimen to be ordered. This is not a experiment it is my life and health.

3

11. For almost a month now I have had to put progressively more and more weight on my left leg and ankle (Good leg) as the decreased my medications now my ankle is cracking and popping again but even worse is the nerve in the back of my leg (latic) that runs from my buttocks to my ankle keeps me awake at night again Nomatter how much I and Stretch, and massage it I can't get comfortable with that and the pain constantly in my foot now I am at wit's end And have no choice but to ask for the Court to intervene.

12. I do not think I would have any problems at all with pain or my left leg if I would be given the medication regimen I was on at the time of my incarceration, I did not have any of these problems prior to my incarceration I lived and walked almost at a normal level working and everything.

13. The D.O.C. has held up and not offered the Spinal Cord Stimulator Procedure, made me suffer on and off and now on again severe pain, caused me further damage DMR simply by not providing adequate medication for a known serious medical need, now my good leg is giving me bad problems This too could have been easily avoided, further I am being given a medication which is having a bad effect on my head and giving mild chest pains that can't be Good And it still is not providing pain relief which is DMR Readily available. I am being caused Bodily Harm by simply not being Given a simple medication regimen that has been proven effective for years, because of their ignorance

4

14. If The Court Should order The D.O.C. To Provide me with The exact medication Regimen I was on prior To my incarceration. The only Thing I would ever need besides That medications would be if I needed emergency Care, I would Manage until I was Released.

15. The Correctional Head Nursing Supervisor C.H.N.S. Patty Wollenhaupt Has been intercepting all my requests. I wrote To DR. Gittzus, who Could approve for me To Go back To The medical dormatory - J-1 which has The Shower with handrails, for some reason C.H.N.S. Wollenhaupt Answered, Denied my request; it is her handwriting without a Signature, Compare against Grievance she answered with her DMR Signature its The Same T's and other letters. The Nurses have been instructed To Give her all my requests, in addition when The Nurses Spoke on How bad I was doing CHNS P. Wollenhaupt responded by Saying "he didn't Take That medication anyway" and has Told Custody That "He only has a broken Toe" CHNS. Wollenhaupt from what I am Told by The Nursing Staff is The one who Told The doctor I didn't Take or need to be on That medication. It is clearly a case of Deliberate Indifference. There is NOT one day I did not Take my medication since it was started in 2002.

16. I am Suffering unjustifiable irreparable harm in The form of Continued Physical and mental Pain and Suffering and increasing The damage being done To my good leg which Now I may have To Fix both legs - my Injured right foot and Now The unnecessary Damage done To my left leg and ankle from Simply Not Treating my known, serious Condition To an exceptable level That allows me walk, Not Suffer.

17. This is absolutely un-called for and unjustified I believe That Now DR. Pillai has Conspired with DR. Tung + DR. Giarrantana That is why he has now abruptly changed his medical plan and How I was/Am being Treated, he knows I am in severe pain and cannot put weight on my right foot To walk and Just As before and I require around The Clock pain medication management And my private Doctors found a Regimen That works well and it is Not The Codiene or Fentanyl I have been Through The list of medications and what works best with minimal side effects is The Regimen from Prior To my incarceration No more - No less I will be able To function and participate in chow for a change as well as Recreation for The first Time in years I may be able To walk outside, for enjoyment.

18. For The foregoing reasons and Those in motion for a Preliminary injunction The Plaintiff respectfully requests That The Court grant his motion for This Temporary Restraining Order until his motion for The Preliminary injuntion is ruled/decided.

PURSUANT TO 28 U.S.C. 1746, I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

*Dustin Ruocco*
DUSTIN RUOCCO
— Plaintiff —

JUNE 1, 2004