DUSTIN RUOCCO : CIVIL NO. 3:02CV1443 (DJS)(TPS)
V. :
DR. MINGZER TONG, et al : MAY 22, 2004

MOTION FOR A PRELIMINARY INJUNCTION

FILED 2004 JUN -4 7 34 U.S. DISTRICT COURT HARTFORD CT

The Plaintiff, Dustin Ruocco, respectfully requests that this Court issue a emergency preliminary injunction pursuant to rule 65 Fed. R. Civ. P.. The Plaintiff requests the Court order the following:

1. The defendants provide the Plaintiff the exact analgesic medication regimen he was on prior to and at the time of his incarceration; OxyContin 40 mg Tid (Three Times a day), Percocet Two Tablets Tid (Three Times a day) for Break-Through Pain, And Neurontin 300 mg Tid (Three Times a day) (Neuropatic medication). (Starting around the time the plaintiff filed his first motion for injunctive relief, the defendants immediately re-started almost this exact regimen, Proving it necessary, The plaintiff was able to tolerate his severe pain and function his daily activities, However, The defendants refused to renew the Neurontin in November 2003 - And - on may 7, 2004 The defendants abruptly and unjustifiably stopped the main medication, Oxycontin and put a inadequate medication that does not relieve the Severe pain and has adverse symptoms, in it's place, Nothing was Substituted for The Neurontin.) Because The defendants re-started this regimen They insisted injunctive relief was not necessary, They are not providing pain relief - The Plaintiff is unnecessarily suffering.

2. That the defendants get the plaintiff a new pair of orthopedic boots. His current boots, which are his only footwear, are (2) Two years old and from wear are allowing to much movement in the front of his foot adding to his severe and constant pain when he walks.

3. That the defendants arrange for a qualified outside specialist to examine and evaluate the irreparable damage that is again being done and has been done to his Left ankle (His Good Leg) and the damage done to the nerve (siatic) that runs down the back of his leg from his buttocks. These adverse symptoms are the result of having to bear all his weight on that leg, which he is now having to do again. The left ankle snaps pops and grinds like its bone on bone.

When the plaintiff is given the proper Analgesic medication he can distribute his weight to his right foot (Injured foot) which lessens the impact on one side, as he has been for the past (18) Eighteen months

WHEREFORE, It is respectfully requested this motion be granted in full. This is the plaintiffs second motion for preliminary injunctive relief, his third counting a motion for reconsideration.

Respectfully Submitted,

Dustin Ruocco
-Plaintiff-

2