DUSTIN RUOCCO          : CIVIL NO. 3:02CV1443 (DJS)(TPS)
        V                :
DR. MINGZER TUNG, et al.    :

DECLARATION IN SUPPORT OF PLAINTIFFS
MOTION FOR A PRELIMINARY INJUNCTION

DUSTIN RUOCCO declares under penalty of Perjury:

1. I am the plaintiff in this case. I make this declaration
in support of my renewed motion for a preliminary injunction,
In addition to my new motion, memorandum of Law, and this
declaration, I have accompanied numerous supporting documents
which I referred to in and have listed on the last page of my
memorandum.

2. Prior to and at the time of my incarceration I had been taking
oxycontin 40mg Tid (Three times a day) - for around the clock pain
management, Percocet Two Tablets Tid (Three times a day) - for breakthrough
pain during activities, walking ect..., Neurontin 300mg Tid (Three Times a day) -
neuropathic pain control. These medications with a super stiff orthopedic
workboot I was able to walk at a muchmore normal rate and
function lifes daily activities. In addition I was able to distribute
my weight better so I didn't do damage to my left leg and ankle
as Has happened while in D.O.C. custody and is happening again.

PAGE 1 of 12

7. Myself and DR. Pillai were both under the impression that this was an agreement between the court and Dac. health services that DR. Pillai every 2 to 3 months would see me, ask if I was ok., and re-order my medications, oxycontin 40 mg Bid (Twice a day), Tylenol #3 Two Tabs Tid (Three Times a day); I was on these medications for the last 18+ months.

8. I was doing well, I had enough pain control to function as long as I limited my walking to just necessary activities, I never went to recreation in the gym, library or outside. I DMR feed myself off the commissary, I did not walk to the chowhall except about 2 or 3 times a month because of the pain. If I was on the exact same dosages and exact same medications I was on at the time of my incarceration I would have been able to do more of the above activities without suffering so much. I was able to do much more on my foot before I was incarcerated on the medications in paragraph 2 of this declaration.

9. In about mid 2003 the boots with the full length orthotic I was given in the beginning of 2002 began to allow to much movement in my foot as I walked causing more pain. I started having to tape up my toes and forefoot like a cast and wrap it in a ace bandage before I put my boot on to limit the movement when I walk. I've asked and written numerous request to Doctors, nurses and the supervisors asking for new boots - as they are my only footwear and are 2 years old, and allowing to much movement, nobody would answer or do anything.

Page 3 of 12

16. On Saturday night may 8, 2004 at 8pm I was given my first dose of this substituted medication. By about 10PM I was having much more pain than usual, I knew I was in trouble, so I just lied down. By 2AM may 9, 2004 It was like I didn't take any medication, I was in serious pain and could not sleep at all. By 5AM may 9, 2004 I was in excruciating pain and having adverse symptoms from not being given an adequate substitute for the around the clock pain management my body had been used to for the past 18+ months.

17. Sunday may 9, 2004 was a very long painful day and night. I was in alot of severe pain and after about 5 hours of taking my medication I would be ill from the adverse effects of not being given an adequate substitute for around the clock pain management.

18. At 8AM monday may 10, 2004 I went to the medical department. I saw CHNS. P. Wollenhaupt, I told her that I was in severe pain and ill, that I didn't know why my medication was changed. I showed her all the papework I had and told her I thought there was an agreement for me to be given the medication as I had been for the past 18+ months. She very sarcastically said "you don't take your medication anyway" "Do what you have to do".

19. I immediately went and wrote a emergency medical grievance dated may 10, 2004 (see attached), I personally handed it to CHNS Wollenhaupt at 1PM, I returned to the medical dormatory.

Page 6 of 12

20. Monday May 10, 2004 at 4 PM I was Told To Pack my property, I was being Transferred To another facility and I was To Stop At medical on my way.

21. When I goT To The medical DeparTment C.H.N.S Wollenhaupt instructed a nurse To put a 50 μg/h (microgram/hour) Fentanyl Transdermal Patch on me.

22. I again referred C.H.N.S. Wollenhaupt To The drug fact/Information Sheet about oxycontin from Purdue Pharm L.P. where it has a Conversion ratio To oxycontin, but it would work both ways, So I Said That This must Be another mistake because it clearly Says That Every 10 mg q 12 hours = 25 μg/h of Fentanyl, So I was on 40 mg oxyconTin Bid That would Be 100 μg/h of Fentanyl NoT 50 μg/h. C.H.N.S Wollenhaupt again Told me That I don't Take my medication anyway. I Have Never NoT Taken my medication in The entire Time I've Been Prescribed it!

✱✱ 5/28/04 Reduced Fentanyl To 25μg To stop Totally ⁶/¹¹/⁰⁴ Started AntconvulsanT Tegratol. ✱ ✱

23. Before I went out of The medical DepT. I Told C.H.N.S. Wollenhaupt That I Knew as well as She Knows I Can NoT be housed at Webster CI. on This Type of medication and That Sending me only To be sent back because I wrote That Grievance is very unprofessional.

✱✱ The AntiCONvulsive is making The Plaintiff very Sick So FAR And Provides No Pain relief.

24. When I arrived at webster CI on monday Night may 10, 2004 as Soon as The nurse did my intake I was Told I would be Sent back To osborn The next day, I could not be There on That medication

Page **7** of **12**

25. On Tuesday MAY 11, 2004 I was sent back to Osborn CI, when I arrived the nurse doing my intake knew I needed certian accommodations, Bottom bunk, Bottom Tier, No stairs and a handicap Shower with a seat and handrails. The intake Nurse Paged CHNS. Wollenhaupt informed her I was sent back and that I was requesting fair accommodations for my handicap needs, as I had JUST one day prior before I was Transferred. CHNS Wollenhaupt refused to allow me to go back to the medical dormatory and without her approval I could Not Go.

26. The only other shower without a Knee wall that must Be climbed over is in Segragation and still there is no handrails. I was put in Segragation on 5-11-04 and As of Today 5-27-04 I Am being refused fair accommodations in the medical dormatory.

27. CHNS Wollenhaupt has told the Doctors (Pillai + Gittzus) all the Nursing Staff and others that I was Selling and Not Taking my medications and that is why She told the doctor to Cancel it. CHNS. Wollenhaupt then told me that She doesn't have Prescribing Power that I could Take Dr. Pillai to Court.

28. C.H.N.S. Wollenhaupt is Not letting my requests get through to the doctors and because of the Absolutely untrue statements I Am Not Being allowed BACK to the medical Dormatory Because She is Dictating to the doctors outright lies  She should Be Added as a defendant.

Page 8 of 12

30. I am in Constant severe pain. I am having real difficulty Putting any weight on my Bad (right) foot. Already my good

34. From The constant severe pain I am feeling I am sure That what DR. Fedus (see URC findings) reported as his diagnosis is accurate. Crushed nerve sheaths with flairing of nerve endings and excessive dendrites are growing outside the sheaths, causing increased sensitivity and pain.

35. When the medications were re-started in 2002 I was on Two Thirds The amount of oxycontin from what I was Taking and The Tylenol #3 didn't really compare To Percocet for break Through Pain. They have Now Switched To This Fentanyl Patch 50μg/h (micrograms/hour) which is comparable To half of The Two Thirds of my original dosages. It Keeps me from being very ill however, for 18 months I was on Twice as much, So That is why it does nothing for The Pain. I am no longer on dosages even remotely comparable To what I was on Prior To The D.O.C.
** * AS OF MAY 28, 2004 Reduced Fentanyl PATCH To 25μg/h To STOP Altogether NO Narcotic SUbSTITUTE *

36. I have NOT SenT, The accompanying medical records because D.O.C. Policy says I can only get copies and review my file every 6 months, I GoT Copies in late February 2004 I Can't get copies until late August and CHNS Wollenhaupt is making sure of it

37. This beeing a Correctional Institution it is Totally understandable That Caution must be used, with Inmates and Their medication. However, Inmates get contraband, drugs ect... from STAFF, Correctional officers, Through visits and other creative ways. To have CHNS. Wollenhaupt accuse me falsely is one Thing Then To have her dictate To The Doctor's To cancel my much needed medication and keep me from adequate handicap accommodations essentially make me a Scapegoat When There is nothing To show I did anything wrong is Now violating my rights.

Page 10 of 12

38. I would like to reiterate to the court that I did nothing to warrant the interuption of my long standing around the clock medication regimen without notice or examination. Had I done something to make this justifiable I would not be asking the court to use its injunctive power, however I didn't, so I am requesting this action.

39. I accompanied the most recent medical records I have both "physicians orders" and "clinical record" pages. 7/3/03- renewed meds.x 6 months - on 11/25/03 D/c (discontinued) Neurontin 300mg - 12/22/03 renewed meds.x 60 days - on 2/19/04 renewed meds x 90 days - Then I do not have copies. In mid to late April 2004 my meds were renewed x 90 days. All these orders were written by Dr. Omprekash Pillai. On the "clinical records" pages In the notes on 11/25/03 Dr. Pillai refers to the "Detailed summary of medical Treatment" from John Dixon To Pat Ottolini. In his notes on 12/22/03 Dr. Pillai refers to that "I have been seen by other physicians and agreed to pain management. See memo will cont. oxycontin / T4l #3 for that is comparable to pre incarceration pain mgmt."

40. Having this motion granted would do multiple things, 1) The exact regimen I was on prior to my incarceration (see Dr. Sood's records / listed in paragraph 2 of this declaration) would allow me to be able to walk, participate in activities such as outside recreation and walking to eat in the chow hall. Overall I would not be in constant pain and I would not have to worry it would be effective through my release and/or while this action is pending 2) A new pair of orthopedic boots would last until my release 3) Having a outside specialist assess the damage to my left leg and ankle will give me insight into what I must do and plan for to restore it to health upon release

Page 11 of 12

# CERTIFICATION

I Hereby certify that a copy of Both of The foregoing motions, memorandums of Law, Declarations And ALL of The Supporting Documentation was mailed To The following on This 2nd day of JUNE 2004:

MICHAEL J. LANOUE
ASSISTANT ATTORNEY General
110 Sherman STREET
HARtford, CT. 06105

Dustin Ruocco
DUSTIN RUOCCO
Plaintiff

DUSTIN Ruocco # 199580
osborn CI
P.O.Box 100
100 BILTON Rd
Somers, CT 06071