DUSTIN RUOCCO  :  CIVIL No. 3:02 CV 1443 (DJS)(TPS)
V.
DR. MINGZER TUNG, et al  :

REQUEST TO UTILIZE DOCUMENTARY EVIDENCE

The Plaintiff respectfully requests this Court utilize the documentary evidence he sent to support his motion for a preliminary injunction to also support his motion for a Temporary Restraining order, as the Plaintiff has difficulty getting copies made.

Respectfully Submitted,

*Dustin Ruocco*
DUSTIN RUOCCO
Plaintiff