DUSTIN RUOCCO : CIVIL NO: 3:02CV1443(DJS)(TPS)

V. :

DR. MINGZER TUNG, et al : JUNE 20, 2004

FILED 2004 JUN 30 A 10 25 U.S. DISTRICT COURT HARTFORD

## MOTION FOR A PRELIMINARY INJUNCTION

The plaintiff respectfully renews his motion for preliminary injunctive relief during the pendancy of this action pursuant to rule 65(a)(1)(d) Fed. R. Civ. P., citing the Courts April 24, 2003 ruling on his motion for reconsideration, which states; he may renew his motion should his medication be discontinued, which it has. He files this motion for the following reasons:

1. Agents, servants and persons in active concert and participation with the defendants have ubruptly discontinued the plaintiffs around-the-clock pain medication regimen, for no reason, stating the plaintiff was not on this medication while under defendant Tungs' care for over two years and that defendant Tungs fabricated notes indicating the plaintiff did not need any medical treatment and was drug seeking, which is exactly the basis for this deliberate indifference action and as the plaintiff feared defendant Tungs unfounded libelous notes are again effecting another doctors decisions.

1.

2. The Plaintiff is now debilitated with constant severe pain. He is barely able to walk or put any weight on his right foot, again forcing his left leg to bear all his weight causing further unnecessary permanent and irreparable damage to his left leg and ankle. The combination of being in constant excruciating pain and once again his sciatic nerve and ankle on his good leg (Left) have made it so he can barely walk, The Plaintiff did not have any problem with this leg prior to D.O.C. Custody, Since the interuption of this necessary around-the-clock medication regimen the Plaintiff is not able to even walk enough to do normal daily activities, he doesn't even walk to the Chow Hall to eat because it is to painful, and he is not provided with a meal in his cell, This is effecting his health.

3. The medication the Plaintiff was on at the time of his incarceration, which is almost exactly the same as he has been taking for the past 18 months. This medication regimen has been proven beneficial and necessary as well as it is readily available to prevent the Plaintiff from further + unnecessarily being made to suffer. The Plaintiff is the only person who is suffering this Injunctive order would not effect any other person if it is issued it would be business as usual and not effect any other individual except the Plaintiff who is constantly suffering

2.

4. The Plaintiff respectfully requests the Court issue a Preliminary injunctive order that the Plaintiff be given the exact medication regimen he was on at the time of his inarceration which has been proven beneficial and allows the Plaintiff to function at almost a normal level. The Plaintiff was taking at the time of his incarceration: Oxycontin 40mg T.i.d. (three times a day), Percocet Two Tablets T.i.d. (three times a day), Neurontin 300mg Tid (three times a day) The Plaintiff respectfully this injunction be issued during the pendency of this action to prevent further episodes which cause the Plaintiff further suffering and damage, so he can at least walk enough to function, he asks for nothing more and nothing less from the medical care providers.

For the foregoing reasons, Previous Knowledge of this serious problem and the reasons and facts set fourth in the accompanying declaration and memorandum of law the Plaintiff imploringly, respectfully requests the Court issue this injunction in full during the pendency of this action.

Respectfully Submitted,

*Dustin Ruocco*
Dustin Ruocco
— Plaintiff —