DUSTIN RUOCCO : CIVIL NO. 3:02 CV1443 (DJS)(TPS)

V. :

DR. MINGZER TUNG, et al : JUNE 22, 2004

DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION

    DUSTIN Ruocco declares under penalty of perjury:

1. I am the Plaintiff in this case. I make this declaration in support of my motion for a Preliminary injunction.

2. I have written and submitted this renewed motion as allowed for by this courts April 24, 2003 ruling. (The) "Plaintiff may renew his motion should his medication be discontinued", it has.

3. The defendants, agents, employees, successors in office and persons in active concert and participation with them have discontinued the Plaintiffs (my) needed around-the-clock pain medication. After providing me with the necessary medication for (18) Eighteen months so I could somewhat function in population the necessary medication has been discontinued leaving me devastated in constant severe pain and unable to function.

1.

4. The suffering and constant debilitating pain I am and have been made to endure is absolutely inhumane. For the past (18) Eighteen months the defendants agents, employees, successors in office and persons in active concert and participation with them have provided me with some of the medication I was on at the time of my incarceration. This allowed me just enough pain relief so that by limiting my activities I could get by and function without overwhelming pain, now, for no reason the defendants have had these agents, employees, successors in office and persons in active concert and participation with them discontinue my medication making me again unnecessarily suffer.

5. I have had to walk out of line with the other inmates because I am slower and use the aid of a cane. Now I must also hold onto a wall whenever I can to take even more weight off my foot and stabilize myself. Any weight on my injured foot is on my heal. This makes my gait even more awkward and it is inevitably causing even more irreparable damage to my good leg and ankle. My sciatic nerve in my good leg is now causing me extreme discomfort as is my good ankle. These are problems that have developed from simply forcing me to put all my weight on my good leg because adequate, appropriate and proven effective medications were not given to me. They are readily available and I would have had them if I was not incarcerated.

2

6. It has already been established that I need surgical repair of the extensive nerve damage that causes me constant severe pain and until then I need a strict around-the-clock pain management medication regimen.

7. The planned procedure I and my last treating physician were going to do is a Spinal Cord Stimulator, it is a very delicate procedure which one electroshocks the primary nerve on the spinal column. I still plan to do this as soon as I can after my release, I need to permanently ease my serious pain. However, pain medication is needed until then to control my severe pain.

8. I saw a memo after the Summary Judgment ruling from the defendants to his agents, employees, successors in office and persons in active concert and participation with them and shortly after that the around-the-clock pain management regimen I was provided for the past (18) eighteen months was discontinued. This left me in constant severe and debilitating pain and now I am unable to walk at a reasonable level, I have barely been able to leave my cell, I do not go to meals and I have even not been able to walk to the medication line a few times because the pain is excruciating.

3.

9. It is known that I severely crushed my right foot and that the nerve sheaths were crushed causing the nerves to grow outside the sheaths. This is the cause of the steadily and increasingly worsening pain.

10. The indignities I am now being made to endure by barely being able to walk are outrageous. In this environment it is humiliating to have to walk as I must at this time. I struggle to keep my balance and could never defend myself if I had to, when simply providing the appropriate around-the-clock medication totally changes. The weight I can put on that foot and allows me to walk better and increases my stability.

11. To have my medical care regress in such a manner that I can barely function, at this point is a travesty of the justice being sought after it has already been established that around-the-clock pain management is necessary to prevent unnecessary suffering until a surgical repair is carried-out.

12. The defendants agents, employees, successors in office and persons in active concert and participation with them have discontinued his around-the-clock medication for pain and ordered Anticonvulsive medications which are primarily for seizures. These medications made me sick I do not have seizures and these medications are not comparable to what I was taking prior to my incarceration as stated by the defendants on December 30, 2002 to this court.

4.

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 25th day of June 2004

MICHAEL J LANOUE
ASSISTANT ATTORNEY GENERAL
110 SHERMAN STREET
HARTFORD, CT. 06105

*Dustin Ruocco*
DUSTIN RUOCCO
— PLAINTIFF —