UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| DUSTIN RUOCCO | : | PRISONER<br>CIVIL NO. 3:02CV1443 (DJS)(TPS) |
| v. | : |  |
| DR. MINGZER TUNG, ET AL. | : | JULY 20, 2004 |

### OBJECTION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

The defendants respectfully object to plaintiff's motion for preliminary injunction for the following reasons:

1. The Court lacks jurisdiction.

2. The plaintiff is being treated appropriately.

                              DEFENDANTS
                              Dr. Mingzer Tung, et al.

                              RICHARD BLUMENTHAL
                              ATTORNEY GENERAL


                    BY:_____
                        Michael J. Lanoue
                        Assistant Attorney General
                        110 Sherman Street
                        Hartford, CT  06105
                        Federal Bar #ct05195
                        E-Mail:  michael.lanoue@po.state.ct.us
                        Tel: (860) 808-5450
                        Fax: (860) 808-5591

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 20th day of July 2004:

Dustin Ruocco #199580
Osborn Correctional Institution
P.O. Box 100
Somers, CT 06071

_____
Michael J. Lanoue
Assistant Attorney General