UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **DUSTIN RUOCCO** <br>     Plaintiff | : |
| v. | : CIVIL NO.: 3:02cv1443(DJS) |
| **MINGZER TUNG, MD., I/O, ET AL** <br>     Defendants | : |

### ORDER

In the interest of justice, the above-captioned case is hereby transferred to the Honorable Stefan R. Underhill, United States District Judge, who sits in Bridgeport, Connecticut. All further pleadings or documents in this matter should be filed with the Clerk's Office in Bridgeport and bear the docket number **3:02cr1443(SRU)**. Pleadings or documents related to this action and filed in any other seat of court will be refused at the Clerk's Office and returned to you unfiled. See Local Rule 3(a).

**IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this  28th  day of September, 2004.

/s/DJS
Dominic J. Squatrito
United States District Judge