UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

DUSTIN RUOCCO

    v.                     CIVIL NO: 3:02CV1443 (SRU)

DR. MINZGER TUNG, ET AL.

**APPOINTMENT OF PRO BONO COUNSEL**

    Pursuant to Local Rule 29 and at the Court's request, Raymond J. Rigat, Esquire of Gilbride & Rigat, 23 E. Main Street, Clinton, Connecticut 06413, Tel: (860) 669-3273 is appointed as counsel for the plaintiff, Dustin Ruocco, in the above-captioned case. Counsel is directed to file a pro bono appearance in this case as soon as possible.

    Dated at Bridgeport, Connecticut this 4th day of January, 2005.

                                                 KEVIN F. ROWE, Clerk
                                                 By

                                                  /s/ Cynthia Earle

                                                 Cynthia Earle,
                                                 Staff Attorney