# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**PRO BONO APPEARANCE**

Dustin Ruocco

V

CASE NUMBER: 3:02CV1443(SRU)

Dr. Minzger Tung, et al

To the Clerk of this court and all parties of record:

Enter my appearance as Pro Bono Counsel in this case for: Dustin Ruocco

| | |
|---|---|
| 1-11-2005 | _[signature]_ |
| Date | Signature |
| ct13320 | Raymond J. Rigat |
| Connecticut Federal Bar Number | Print or Type Name |
| 860-669-3273 | Gilbride & Rigat |
| Telephone Number | Firm Name |
| | 23 East Main St. |
| | Address |
| | Clinton    CT    06413 |
| | City        State    Zip Code |

FILED 2005 JAN 12 P 12:01 U.S. DISTRICT COURT BRIDGEPORT CONN

## CERTIFICATE OF SERVICE

This is to certify that copies of this appearance have been mailed/handed on this date to counsel of record as listed below:

Michael J. Lanoue, Esquire
Attorney General's Office
110 Sherman Street
Hartford, CT 06105

Signature Raymond J. Rigat

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)