# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

DUSTIN RUOCCO                                    :
                                                 :
            v.                                   :     Civil Action No.
                                                 :     3:02cv1443 (SRU)
MINGZER TUNG, ET AL                              :

## REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge <u>Garfinkel</u> for the following purpose:

___         All purposes except trial, unless the parties consent to trial before the Magistrate
            Judge

___         A ruling on all pretrial motions except dispositive motions

___         To supervise discovery and resolve discovery disputes

___         A ruling on the following motions which are currently pending:

_X_         A settlement conference

___         A conference to discuss the following:  _____

___         Other:  _____

            SO ORDERED this 13th day of April 2005, at Bridgeport, Connecticut.


                                                 /s/ Stefan R. Underhill_____
_____        Stefan R. Underhill
                                                 United States District Judge