UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DUSTIN RUOCCO, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| V. | : | CASE NO. |
| | : | 3:02CV01443-SRU |
| MINGZER TUNG, M.D., ET AL., | : | |
| | : | |
| | : | |
| Defendants. | : | APRIL 25, 2005 |

MOTION FOR APPROVAL OF LITIGATION EXPENSES
PURSUANT TO LOCAL RULE 83.10(g)5.

The Plaintiff, pursuant to Local Rule 83.10(g)5., respectfully requests the Court to allow litigation expenses for purposes of conducting depositions of the following individuals:

1. All named Defendants;
2. Dr. Ted Weisman, M.D., the Plaintiff's treating physician prior to Plaintiff's incarceration;
3. Dr. Robert Novicki, the Plaintiff's treating physician prior to Plaintiff's incarceration;
4. Dr. U. Sidhu, the Plaintiff's treating physician prior to Plaintiff's incarceration; AND
5. Dr. Pardeep Sood, the Plaintiff's treating physician prior to Plaintiff's incarceration.

The above named individuals are named defendants in this case, and it is eesential to take their depositions at this time in order to respond to any dispositve motions which the defendants may file in this matter, and to be properly prepared for trial on the merits of the plaintiffs claims.

The undersigned believes that it should not take longer than four full days to depose all of the above individuals, and is willing to have such depositions taken at the

courthouse in Bridgeport to save money and as a convenience to the above named individuals and to the parties.

                              RESPECTFULLY SUBMITTED,
                              THE PLAINTIFF


                              By:_____
                              Raymond J. Rigat, Esq.
                              Gilbride & Rigat
                              23 East Main Street
                              Clinton, Connecticut  06413
                              Tel.: (860) 669-3273
                              Fax: (860) 669-3495
                              e-mail: raymondjrigat@sbcglobal.net
                              Federal Bar No.:  ct13320


## **CERTIFICATION**

      I hereby certify that a copy of the forgoing "Motion for Approval of Litigation Expenses" was sent, regular U.S. mail, on this 25th day of March, 2005, to the following:

Michael J. Lanoue, Esq.
Attorney General's Office
Public Safety and Special Revenue
Mackenzie Hall
110 Sherman Street
Hartford, CT  06105


                              _____
                              Raymond J. Rigat, Esq.