FILED

2005 JUL 27 P 4: 28

U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DUSTIN RUOCCO | : | PRISONER<br>CIVIL NO. 3:02cv1443 (DJS)(TPS) |
| v. | : | |
| DR. MINGZER TUNG, ET AL. | : | JULY 27, 2005 |

## WRIT OF HABEAS CORPUS

### TO THE COMMISSIONER OF CORRECTION OF THE STATE OF CONNECTICUT, OR HIS DEPUTY, AND TO THE WARDEN OF CORRIGAN/RADGOWSKI CORRECTIONAL CENTER

By authority of the United States of America, you are hereby commanded to bring Dustin Ruocco, Inmate #199580, who is now confined at Corrigan/Radgowski Correctional Center (Corrigan Building), 986 Norwich-New London Turnpike, Uncasville, Connecticut, before the United States District Court for the District of Connecticut, at 915 Lafayette Boulevard, Bridgeport, Connecticut, on the 3rd day of August 2005, at 9a.m., to participate in a civil matter pending before this Court.

Dated at Hartford, Connecticut, this 27th day of July 2005.

BY ORDER OF THE COURT

_____
William I. Garfinkel
United States Magistrate Judge