United States District Court
District of Connecticut
FILED AT BRIDGEPORT
Aug 22 2005
Kevin F. Rowe, Clerk
By Sandra Baldwin
Deputy Clerk

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

DUSTIN RUOCCO : PRISONER
CIVIL NO. 3:02cv1443 (DJS)(TPS)

v. :

DR. MINGZER TUNG, ET AL. : AUGUST 22, 2005

### WRIT OF HABEAS CORPUS

**TO THE COMMISSIONER OF CORRECTION OF THE STATE OF CONNECTICUT, OR HIS DEPUTY, AND TO THE WARDEN OF CORRIGAN/RAGDOWSKI CORRECTIONAL CENTER**

By authority of the United States of America, you are hereby commanded to bring Dustin Ruocco, Inmate #199580, who is now confined at Corrigan/Radgowski Correctional Center (Corrigan Building), 986 Norwich-New London Turnpike, Uncasville, Connecticut, before the United States District Court for the District of Connecticut, at 915 Lafayette Boulevard, Bridgeport, Connecticut, on the 30th day of August 2005, at 11:00a.m., to participate in a civil matter pending before this Court.

Dated at Hartford, Connecticut, this 22nd day of August 2005.

BY ORDER OF THE COURT

William I. Garfinkel
United States Magistrate Judge