UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

DUSTIN RUOCCO                    : CIVIL NO. 3:02 CV 1443 (SRU) FILED

    V.                           :

MINGZER TONG MD. ETAL   : DECEMBER 7, 2005          2005 DEC 13 P 3: 26

U.S. DISTRICT COURT
BRIDGEPORT. CONN

## MOTION TO REACTIVATE CASE FOR FURTHER PROCEEDINGS

THE PLAINTIFF RESPECTFULLY REQUESTS THIS COURT HONOR THE "SETTLEMENT AGREEMENT AND GENERAL RELEASE" DATED AUGUST 30, 2005 AND REACTIVATE THIS CASE FOR FURTHER PROCEEDINGS FOR THE FOLLOWING REASONS:

1) THE EVALUATION BY DR. BAUMGAERTNER AT YALE WAS SUPPOSED TO BE TOTALLY INDEPENDANT OF THE D.O.C., WITH NO D.O.C. INVOLVEMENT.

B) IN FACT, HEAD D.O.C. DOCTOR DR. BLANCHETTE SET-UP, SPOKE WITH AND SENT OVER PLAINTIFFS D.O.C. MEDICAL FILE FOR HIS REVIEW, THESE NOTES ARE FULL OF SUGGESTIVE AND DISCRIMINATE STATEMENTS CREATING BIAS IN THIS MATTER.

2) THE RECOMMENDATIONS MADE BY DR. BAUMGAERTNER WERE DECLINED BY DEPARTMENT OF CORRECTION DOCTORS. 60 (SIXTY) DAYS AFTER THE RECOMMENDATIONS WERE MADE THE PLAINTIFF MET WITH D.O.C. DOCTOR/DEFENDANT DR. PILLAI. DR. PILLAI UNEQUIVOCALLY DECLINED TO FOLLOW THE BASIC RECOMMENDATIONS MADE BY DR. BAUMGAERTNER IN ATTEMPTS TO AMELIORATE THE PLAINTIFFS CONSTANT SEVERE PAIN AND UNNECESSARY SUFFERING, THUS NULLIFYING SAID AGREEMENT.

1.

3) DUE TO THE DEFENDANTS WILLFUL AND BLATANT DISREGARD FOR THE PROVISIONS SET FORTH IN THE AUGUST 30, 2005 SETTLEMENT AGREEMENT AND GENERAL RELEASE, THE PLAINTIFF SHOULD NOT BE BOUND BY SAID AGREEMENT ALLOWING THIS CASE TO BE REACTIVATED FOR FURTHER PROCEEDINGS AS PARAGRAPH/PROVISION #9 (NINE) CLEARLY STIPULATES.

WHEREFORE, THE PLAINTIFF RESPECTFULLY REQUESTS THIS COURT GRANT THIS MOTION AND REACTIVATE THIS CASE FOR FURTHER PROCEEDINGS AT THIS COURTS EARLIEST CONVENIENCE.

RESPECTFULLY SUBMITTED

DUSTIN RUOCCO
PLAINTIFF

CERTIFICATION

I HEREBY CERTIFY THAT A COPY OF THE FOREGOING WAS MAILED TO THE FOLLOWING ON THIS 7th DAY OF DECEMBER 2005.

MICHAEL J. LANGUE
ASST. ATTORNEY GENERAL
110 SHERMAN STREET
HARTFORD, CT.
        06105

DUSTIN RUOCCO
PLAINTIFF