<b>UNITED STATES DISTRICT COURT<br>
DISTRICT OF CONNECTICUT</b>

| | | |
|---|---|---|
| DUSTIN RUOCCO | : | |
| | : | |
| v. | : | Civil Action No. |
| | : | 3:02cv1443 (SRU) |
| MINGZER TUNG, ET AL. | : | |

<b><u>REFERRAL TO MAGISTRATE JUDGE</u></b>

This case is referred to Magistrate Judge <u>Garfinkel</u> for the following purpose:

___    All purposes except trial, unless the parties consent to trial before the Magistrate Judge

___    A ruling on all pretrial motions except dispositive motions

___    To supervise discovery and resolve discovery disputes

_XX_    A ruling on the following motions which are currently pending:

**doc. #89 - Motion to Reactivate Case**
**doc. #91 - Motion for Reconsideration**

___    A settlement conference

___    A conference to discuss the following: _____

___    Other: _____

SO ORDERED this 7th day of March 2006, at Bridgeport, Connecticut.

/s/ Stefan R. Underhill
Stefan R. Underhill
United States District Judge