EXHIBIT A



RICHARD BLUMENTHAL
ATTORNEY GENERAL

**Office of The Attorney General**

# State of Connecticut

MacKenzie Hall
110 Sherman Street
Hartford, CT  06105-2294

*Tel:* **(860) 808-5450**
*Fax:* **(860) 808-5591**

September 14, 2005

Dr. Michael Baumgaertner
Department of Orthopedics
800 Howard Avenue, Suite 133
New Haven, CT 06519

Re:    Dustin Ruocco

Dear Dr. Baumgaertner:

The enclosed records are being provided for your convenience re appointment for examination of inmate Dustin Ruocco on September 19, 2005.

Very truly yours,

Michael J. Lanoue (bjo)

Michael J. Lanoue
Assistant Attorney General

MJL/bjo
Enc.

EXHIBIT B

HR401 REV.09/02
**CONNECTICUT DEPARTMENT OF CORRECTION**
**UNIVERSITY OF CONNECTICUT HEALTH CENTER**
**CORRECTIONAL MANAGED HEALTH CARE**

## CLINICAL RECORD

| INMATE NUMBER | 199580 | | DATE OF BIRTH | 6/27/71 |
|---|---|---|---|---|
| INMATE NAME (LAST, FIRST, INITIAL) | Ruogo Dudly | | | |
| SEX M/F | RACE/ETHNIC B W H O | | FACILITY Cerney DC1 | |

| DATE / TIME | |
|---|---|
| 10/24/05 7:40p | S: seen at request of custody to urinalysis O: S/p ⊕ for thc - Vss - 14/93 - 99.8 - 113-18 O₂ sats - 99% - unsteady gait but I/m is ambulating c̄ care of orthotic boot - I/m states, "I smoked the pot at Corrigan." A: Ø P: I/m okay for E-block. RTC prn. Smolton R̄N |
| 11/13/05 1135AM | RME Known H̄x of ⓡ Foot Pain Syndrome. See Extensive Evaluation from 05/21/04. Now off all pain meds except Motrin for many months. Apparently RN shows me a court order (District Court Bridgeport) recommending evaluation by Dr. Baumgartner (Ortho) at YNHH. Basically his recommendation is non pharmacologic therapy such as activity modification. Specifically Dr. Baumgartner notices lack of objective findings substantiating exaggerated subjective findings. I will discuss with URC about possible activity modification plan. No plan for pain meds at this time. RN defers providing copies of court order or Dr. Baumgartner's note for our records. OMPRAKASH PILLAI, MD |
| 11-30-5 | optometry - Renew artificial tears x 6 months. J Smyth, OD |

HR401 REV.09/02
CONNECTICUT DEPARTMENT OF CORRECTION
UNIVERSITY OF CONNECTICUT HEALTH CENTER
CORRECTIONAL MANAGED HEALTH CARE

## CLINICAL RECORD

| INMATE NUMBER | | DATE OF BIRTH |
|---|---|---|
| 199580 | | 6-22-71 |

INMATE NAME (LAST, FIRST, INITIAL)
Ruocco, Dustin

| SEX | RACE/ETHNIC | FACILITY |
|---|---|---|
| M F | B W H O | Corrigan C |

| DATE / TIME | |
|---|---|
| | Continue |
| 6/16/05 10:30 | for meds there is no need for renewing nercautin since any way he keeps meds in his cell and God only knows what else he does. will remain not stay for time being |
| 8/2/05 10:05A | S- Broorning injury prior to incarceration ___ was put on morphine. O- Present ___ sclera clear "going to court tomorrow" ___ ... legististing doc. A- b/c _____ foot chronic pain/drug seeking P- all pos — Rick Allen |
| 8/27/05 | Pt use, appointment @ Yale Orthopedics · Rehab will be on Sept 19, 2005 @ 1:30 pm. /Will need facility Transport. Facility Transport arranged ↔ LT office — R Lozano |
| 9/20/05 9.05 | S- 34 yrs old male went to see doctor at Yale and he told that until he gets operation he has to have Med ___ management. Pt stated he does not know why he is there and hus court ordered to send all information to DA. Nobody Else. O- O/C alert good alert. Oriented x 3. No obvious distress. A- ① Chronic Pain Syndrome. P- Re-assurance and observe |
| 9/26/05 2:30 | Rec'd → OCI + med ___ |

HR925 REV. 12/95
CONNECTICUT DEPARTMENT OF CORRECTION
**PHYSICIAN'S ORDERS**

INMATE NUMBER: 199580
DATE OF BIRTH: 6/22/71
INMATE NAME (LAST, FIRST, INITIAL): Rucco, Dustin
SEX: M   RACE/ETHNIC: W   FACILITY: Corrigan 140

**INSTRUCTIONS FOR USE:** Physicians must sign name and title under each order. Each order must be initialed in the space provided by the licensed nurse who transcribed the order. Medications will be dispensed according to brands stocked in pharmacy.

## DRUG ALLERGIES / HYPERSENSITIVITY       NKA

| Date | Time | ORDER / RATIONALE | Nurse's Signature and Title |
|---|---|---|---|
| 6/19/05 | 10:30A | Motrin 800 mg PO Q8H PRN x 30 days | |
| 8/2/05 | 11:00A | Artificial tears 1 gtt each eye BID; Motrin 800 mg po Q8H PRN x 30 days Chouhan MD | Ganpat S. Chouhan, MD |
| 9/14/05 | 9 PM | Motrin 800 po Q 8hrs PRN x 90 days T/O Chouhan | Ganpat S. Chouhan, MD |
| 10/2/05 | 11:40A | BTB pass x permanent OMPRAKASH PILLAI, MD | noted |
| 11-30-5 | | Artificial Tears Ophthalmic Solution 1 gtt OU TID x 6 months | J Smyth, OD |

AUTHORIZATION IS HEREBY GIVEN TO DISPENSE THE MEDICATION EQUIVALENT (UNDER THE D.O.C. FORMULARY SYSTEM) UNLESS THE PRODUCT DESCRIBED IS CIRCLED.