

*LAW OFFICES OF*
*RAYMOND J. RIGAT*
*23 EAST MAIN STREET*
*CLINTON, CT 06413*

Raymond J. Rigat, Esquire

(860) 669-3273
Fax: (860) 669-3495

Paralegal:
Joyce M. Kjos

Email address:
Raymondjrigat@sbcglobal.net

June 1, 2006

The Honorable William Garfinkel
US District Court
915 Lafayette Boulevard
Bridgeport, CT 06604

Re:   ***Ruocco v. Tung, et al***
      ***3:02 cv-01443 (SRU)***

Dear Judge Garfinkel:

We would like to request at this time that Mr. Ruocco's motions be renewed based on the enclosed medical report from Dr. Baumgaertner.

Thank you for your time and consideration in this matter. Should you have any questions, or require anything further, please do not hesitate to contact me at (860) 669-3273.

Sincerely,

Raymond J. Rigat

RJR:jmk
Enc.
Cc:   Mr. Dustin Ruocco
      Michael Lanoue, Esquire

# Yale Orthopaedics and Rehabilitation
A PRACTICE OF THE YALE MEDICAL GROUP



**Appointment Scheduling:**
(203) 737-5656
www.info.med.yale.edu/ortho

**Adult Reconstruction/Arthritis**
Richard R. Pelker MD, PhD
Michael Baumgaertner MD

**Fractures/Fracture Problems**
Michael Baumgaertner MD
James J. Yue MD

**Hand and Upper Extremity**
Joseph F. Slade III MD
Carrie Swigart MD

**Oncology**
Gary E. Friedlaender MD
Dieter M. Lindskog MD

**Pediatric Orthopaedics**
Thomas S. Renshaw MD

**Physical Medicine/Rehabilitation**
David Rosenblum MD

**Podiatry**
Martin Pressman DPM
Gerald Gorecki DPM, MPH

**Spine**
James J. Yue MD
Jonathan N. Grauer MD
Robert Margolis MD
Wayne O. Southwick MD

**Sports Medicine**
Peter Jokl MD
Michael Medvecky MD

**Research Faculty**
Jacek Cholowecki PhD
Roland Baron DDS, PhD
Caren Gundberg PhD
Mark Horowitz PhD
Manohar Panjabi PhD
Agnes Vignery DDS, PhD

Yale Physicians Building
800 Howard Avenue
PO Box 208071
New Haven, CT 06520-8071

(203) 785-2579 phone
(203) 785-7132 fax

157 Goose Lane
Guilford CT 06437
(203) 453-1102 phone
(203) 453-7548 fax

20 Commerce Drive
Milford CT 06460
(203) 882-8138 phone
(203) 882-8178 fax

September 19, 2005

To Whom It May Concern:

RE:   RUOCCO, DUSTIN M.
      # 081 41 88

I performed an independent medical evaluation regarding Dustin Ruocco's work injury of September of 1996 and subsequent treatment.

The patient sustained a crushing injury to his right forefoot on September 20, 1996 when he was runover by a paving machine. According to the emergency evaluation by his treating physician, the boot protected the foot from receiving any open injury, but there was severe swelling and "small non-displaced fractures of toes two through five." This initiated a prolonged issue with pain that has continued to the current time. The patient was initially managed with elevation and narcotic analgesic as well as anti-inflammatories. By January of 1997, he was still having pain with toe motion and he had a bone scan, which did not show "evidence of significant RSD". He was tried with Elavil for chronic pain. By March, he still had restrictions in the range of motion of his toes and was requiring approximately 10 Percocet per week. By September of 1997, one year from injury, he still had complaints of pain, although "exam shows no obvious findings in terms of skin changes, deformity or nail changes." He began seeing a pain medicine doctor and was able to work full-time if medicated with Ultram and Percocet. He was seen by podiatrist in 1998, who thought that neuroma may be the cause and neuroma excision might be the solution to his pain.

It is my understanding that surgery has never been performed, but that some injections terms of a sympathetic block were attempted and had a warming effect, but no significant improvement in his underlying pain.

The patient was subsequently managed with narcotics for several years and then this was discontinued for approximately the last year and a half. He has been incarcerated and will continue to be so for approximately an additional one year.

Mr. Ruocco denies previous problems with regard to that foot. All the records that were available to me were type-written office notes from Dr. Wiseman's office and several hundred hand-written notes from the correction facility-most of which were illegible to me. It does appear that he has been off of narcotic analgesics for several months and had been on them during the majority of his sentence. There is no clear relationship between symptom resolution, and medication, although Mr. Ruocco does note that with pain medication he is able to ambulate better.

# Yale Medical Group
THE PHYSICIANS OF YALE UNIVERSITY

RUOCCO, DUSTIN M.
# 081 41 88
Page 2

**PHYSICAL EXAMINATION:** On examination, this was a healthy appearing young male with both handcuffs and ankle cuffs on, guarded by an officer. On removal of the ankle cuffs, he was easily able to remove both shoes and socks. He could easily get out of the chair and he ambulated with a mildly antalgic gait minimizing toe strike on the involved right foot. He tended to walk on the heel. Visual inspection revealed both legs to be of similar size and color. There were no dependent color or temperature changes. Circumferential measurement identified identical maximum diameter of the calves and minimal diameters at the ankles and arches. The skin was of normal color, temperature, and hidrosis bilaterally. Range of motion of the left foot and ankle was completely unremarkable. Active range of motion of the right ankle was full and unrestricted. Active range of motion of the digits was hesitant and mildly restricted. Passive range of motion was met with a guarded and somewhat spontaneous withdrawal by the patient. With reassurance, digital range of motion was seemed to be supple although not confirmed to be completely full. There definitely was no clawing or chronic contracture appreciated. The web spaces and toes were completely unremarkable. The callus formation on the feet on the right foot was identical to the left.

Examining the shoes that the patient had available showed no asymmetry between the left and right shoes. The patient stated that he has worn these shoes for two to three years, although he "had not walked very much". No x-rays were obtained today and none were available to me, but the patient stated that x-rays were generally unremarkable and specifically showed "no sign of RSD."

**IMPRESSION:** By history, this patient sustained a crushing closed injury with multiple nondisplaced fractures to the forefoot of his right foot during the course of his employment nearly nine years ago. He had immediate severe pain that progressed to a chronically painful foot despite rapid resolution of most objective findings.

At the current time, there is essentially no objective finding for ongoing structural or objective orthopaedic pathology. Specifically, there is no atrophy. There is no disuse atrophy of the muscle or skin in that right lower extremity. There is no evidence of contracture of the digits nor is there sign of abnormal color, temperature or sweating of that extremity. The shoe wear and muscle size confirms that he does not grossly favor one extremity over the other during the course of the daily activities.

In review of his medical history, there is no question that he has a well established pain syndrome regarding that foot and there is no consensus within orthopaedic or other medical specialties as to the ideal way to manage such subjective pain without obvious objective deficit. Personally, I would tend to manage this with non-pharmacologic agents, reassurance, modified shoe wear, and so-called "benign neglect." Others (for example many chronic pain providers) might employ a pharmacologic regimen. At the current time, there is essentially no objective evidence to suggest the diagnosis of the sympathetic imbalance, although subjectively he has hyperesthesia that are consistent with such diagnoses.

Given his current social situation, I would discourage the chronic use of habituating analgesics and would be in favor of activity modification to ameliorate his pain complaints associated with increased activity.

**RUOCCO, DUSTIN M.**
**# 081 41 88**
**Page 3**

I do find the patient's subjective complaints certainly out of proportion to the non-existent objective findings, but I would be the first to admit thaat subjective pain without objective findings is not a rare clinical experience in my practice.

I hope this independent medical evaluation clarifies the injury sustained as well as the treatment and the prognosis for Dustin Ruocco. Do not hesitate to contact the office if we can be of further assistance.

Sincerely,

Michael R. Baumgaertner, M.D.
Associate Professor
Chief, Orthopaedic Trauma Service
MRB/rct