UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DUSTIN RUOCCO | : | CIVIL NO. 3:02cv1443 (SRU) |
| v. | : | |
| DR. MINGZER TUNG, ET AL. | : | JUNE 9, 2006 |

**DEFENDANTS' RESPONSE TO PLAINTIFF'S RENEWED
MOTION TO REACTIVATE HIS COMPLAINT**

The defendants respond to the plaintiff's renewed motion to reactive his complaint, as follows:

1. In accordance with the Settlement Agreement, the Connecticut Department of Correction, through the University of Connecticut Health Center, arranged to have the plaintiff evaluated by Dr. Michael Baumgartner at the Yale Medical School.

2. The plaintiff received a copy of Dr. Baumgartner's findings, but refused to provide a copy to the defendants.

3. Pursuant to instructions of this Court, defendants have received a copy of Dr. Baumgartner's report.

4. While noting that different physicians might approach the treatment of the plaintiff differently, Dr. Baumgartner states:

> At the current time, there is essentially no objective finding for ongoing structural or objective orthopaedic pathology. Specifically, there is no atrophy. There is no disuse atrophy of the muscle or skin in that right lower extremity. There is no evidence of contracture of the digits nor is there sign of abnormal color, temperature or sweating of that extremity over the other during the course of the daily activities.

>In review of his medical history, there is no question that he has a well established pain syndrome regarding that foot and there is no consensus within orthopaedic or other medical specialties as to the ideal way to manage such subjective pain without obvious objective deficit. Personally, I would tend to manage this with non-pharmacologic agents, reassurance, modified shoe wear, and so-called "benign neglect." Others (for example many chronic pain providers) might employ a pharmacologic regimen. At the current time, there is essentially no objective evidence to suggest the diagnosis of the sympathetic imbalance, although subjectively he has hyperesthesia that are consistent with such diagnoses.

>Given his current social situation, I would discourage the chronic use of habituating analgesics and would be in favor of activity modification to ameliorate his pain complaints associated with increased activity.

5.   Paragraph nine of the settlement agreement allows the plaintiff to negate the settlement agreement if "the Department of Correction declines to follow the recommendations of Dr. Baumgartner." The plaintiff has not demonstrated that the defendants have failed to follow the recommendations of the Dr. Baumgartner. Indeed, the plaintiff requests that defendants disregard his recommendations.

Plaintiff's Motion to Reactivate should be denied.

DEFENDANTS
Dr. Mingzer Tung, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL


BY:_____/s/_____
    Michael J. Lanoue
    Assistant Attorney General
    110 Sherman Street
    Hartford, CT  06105
    Federal Bar #ct05195
    E-Mail:  michael.lanoue@po.state.ct.us
    Tel: (860) 808-5450
    Fax: (860) 808-5591


## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 9th day of June 2006:

Dustin Ruocco #199580
Willard/Cybulski Correctional Institution
P.O. Box 2400
Enfield, CT 06082

Raymond J. Rigat, Esq.
Gilbride & Rigat
23 East Main Street
Clinton, CT 06413


_____/s/_____
Michael J. Lanoue
Assistant Attorney General